IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No.: 16-24231 JAD |
| | ) | |
| John J. Basista, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Document No.: _____ |
| | ) | |
| Charles O. Zebley, Jr., | ) | |
| | ) | |
| Trustee/Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| John J. Basista, | ) | |
| | ) | |
| Debtor/Respondent. | ) | |

TRUSTEE'S MOTION TO CONFIRM TRUSTEE'S RIGHTS AS
GENERAL PARTNER UNDER PARTNERSHIP AGREEMENT

The Trustee, Charles O. Zebley, Jr., through his attorneys, Zebley Mehalov & White, P.C. files the within motion and respectfully represents as follows:

1.    The Debtor, John J. Basista ("Debtor"), filed a chapter 13 bankruptcy on November 14, 2016.  It converted to a chapter 11 on August 21, 2017.  The case was then converted to a chapter 7 on February 19, 2019.

2.    Trustee Charles O. Zebley, Jr. serves as chapter 7 trustee.

3.    Debtor's assets include his 50% interest in Basista Farms.  Debtor's sister Barbara Basista owns the other 50%.  Trustee attaches a copy of the partnership agreement as Exhibit "A."

4.    Under 11 U.S.C. §541 Debtor's interest in the Basista Farms is property of his bankruptcy estate.

5.    As property of his bankruptcy estate Trustee may exercise all of the rights Debtor possessed as a general partner of Basista Farms.

WHEREFORE, Trustee seeks an order confirming his rights as a general partner of Basista Farms.


ZEBLEY MEHALOV & WHITE, P.C.


Dated: April 23, 2019

BY/s/ Charles O. Zebley, Jr.
Charles O. Zebley, Jr., Esquire
PA I.D. No.: 28980
Zebley Mehalov & White, P.C.
P.O. Box 2124
Uniontown, PA 15401
(724) 439-9200
Email: COZ@Zeblaw.com